Jose **RODRIGUEZ LOPEZ,** Petitioner,

v.

**Loretta E. LYNCH, Attorney General,** Respondent.

No. 13–71753.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2015.*

Filed Oct. 20, 2015.

Enrique Ramirez, Law Office of Enrique Ramirez, San Francisco, CA, for Petitioner.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

OIL, Tiffany L. Walters, Trial, Jennifer Paisner Williams, U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, BYBEE, and WATFORD, Circuit Judges.

MEMORANDUM **

Jose Rodriguez Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006). We deny the petition for review.

Substantial evidence supports the BIA's denial of withholding of removal because Rodriguez Lopez failed to establish it is more likely than not he will be persecuted in Mexico by police or drug cartel members. *See Nagoulko v. INS,* 333 F.3d 1012, 1018 (9th Cir.2003) (fear of future harm too speculative); *see also Hakeem v. INS,* 273 F.3d 812, 816 (9th Cir.2001) (claim of future persecution weakened when similarly-situated family members continue to live in the country without

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

incident), *superseded by statute on other grounds.* Thus, we deny Rodriguez Lopez's petition as to his withholding of removal claim.

Substantial evidence also supports the BIA's denial of CAT relief because Rodriguez Lopez failed to show it is more likely than not he will be tortured by or with the consent or acquiescence of the government if returned to Mexico. *See Silaya v. Mukasey,* 524 F.3d 1066, 1073 (9th Cir.2008). Thus, we deny Rodriguez Lopez's petition as to his CAT claim.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.